1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   JAMES C. HUGHES (CA SBN 263878)
4  Assistant United States Attorney
       Room 7211 Federal Building
5      300 North Los Angeles Street
       Los Angeles, CA 90012
6      Telephone: (213) 894-4961
       Facsimile: (213) 894-0115
7
   Attorneys for Plaintiff the United States of America
8

J S - 6

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12
   UNITED STATES OF AMERICA,        ) Case No. CV  14-04972-R-PLA
13                                   )
            Plaintiff,               )
14                                   )
       vs.                          ) FINAL JUDGMENT OF
15                                   ) PERMANENT INJUNCTION
   TERRY K. WASSERMAN, A            ) AGAINST TERRY K. WASSERMAN,
16 PROFESSIONAL LAW                 ) A PROFESSIONAL LAW
   CORPORATION and TERRY K.         ) CORPORATION, AND TERRY K.
17 WASSERMAN,                       ) WASSERMAN
                                     )
18          Defendant.               )
                                     )
19 ─────────────────────────────────)

20         Pursuant to the "STIPULATION FOR ENTRY OF FINAL JUDGMENT

21 OF PERMANENT INJUNCTION AGAINST TERRY K. WASSERMAN, A

22 PROFESSIONAL LAW CORPORATION, AND TERRY K. WASSERMAN"

23 filed concurrently herewith:

24         **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

25         1.    The court has jurisdiction over defendants Terry K. Wasserman, A

26 Professional Law Corporation ("TKW") and Terry K. Wasserman ("Wasserman"),

27 and over the subject matter of this proposed action pursuant to 28 U.S.C. §§ 1340

28 and 1345.

1

2.      Pursuant to 26 U.S.C. §§ 7402 and 7407, defendants TKW and Wasserman, and their representatives, agents, servants, employees, and anyone in active concert or participation with them are permanently enjoined from directly or indirectly or indirectly:

     a.   from failing to withhold and pay over to the IRS all employment/unemployment taxes, including federal income, FICA, and FUTA taxes, as required by law;

     b.   from transferring any money or property to any other entity in order to have the salaries or wages of the defendants' worksite employees paid by the transferee entity; and

     c.   from assigning or transferring any property or rights to property or making any disbursements for any purpose from the date permanent injunction is issued until TKW's employment tax liabilities that accrue after the injunction date are paid to the IRS.

3.      Pursuant to 26 U.S.C. §§ 7402 and 7407, defendants TKW and Wasserman shall be required to:

     a.   timely file accurate federal employment and unemployment tax returns (Forms 941 and 940) as they become due; and

     b.   make employment and unemployment tax deposits, including federal income, FICA, and FUTA taxes, in an appropriate FDIC insured bank within two days of making each TKW payroll, and on the same day the deposit is made send by fax to the IRS, a receipt for each deposit;

4.      Pursuant to 26 U.S.C. §§ 7402 and 7407, in the event defendant Wasserman comes to own, manage, or work for any new business entity in the next five years, he shall provide the IRS with notice of this new business relationship via fax or letter within 30 days of the commencement of this new business relationship.

5.      Defendants  TKW and Wasserman waive the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure and 26 U.S.C. §§ 7402, 7407 and 7408.

6.      Defendants TKW and Wasserman understand that this Final Judgment of Permanent Injunction will constitute the final judgment against them in this civil injunction action.  Defendants waive any rights they may have to appeal from this Final Judgment of Permanent Injunction.

7.      Defendants TKW and Wasserman consent to the entry of this Final Judgment of Permanent Injunction and agree to be bound by its terms.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

8.     This Court shall retain jurisdiction over the defendants TKW and Wasserman and over this action to enforce this injunction and the United States shall be entitled to conduct discovery to monitor defendants' compliance with the terms of this injunction.

**IT IS SO ORDERED.**

DATED:     <u>June 27, 2014</u>          _____

                                 UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Plaintiff
United States of America